948

No. 86–1384.   BAKER *v.* UNITED STATES.   Ct. Mil. App. Certiorari denied.

No. 86–1389.   MYSLAKOWSKI, INDIVIDUALLY AND AS NEXT FRIEND OF MYSLAKOWSKI, A MINOR, ET AL. *v.* UNITED STATES. C. A. 6th Cir.   Certiorari denied.

No. 86–1395.   BROOKS ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. Fed. Cir.   Certiorari denied.

No. 86–5979.   MORGAN *v.* UNITED STATES POSTAL SERVICE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6032.   GELB *v.* ROYAL GLOBE INSURANCE CO.   C. A. 2d Cir.   Certiorari denied.

No. 86–6034.   WORSLEY *v.* ROGERS, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 86–6044.   JONES *v.* TENNESSEE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 86–6063.   THOMAS *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 86–6090.   PASSMAN *v.* BLACKBURN, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 86–6120.   JONES *v.* WILSON, SECRETARY, KENTUCKY DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6297.   HITCHCOCK *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 86–6307.   WILCHER *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–6321.   SHAW *v.* GARRISON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–6323.   VELILLA *v.* UNITED TECHNOLOGIES CORP., HAMILTON STANDARD DIVISION, ET AL.   Sup. Ct. Conn.   Certiorari denied.